UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOVAN CAMPBELL, on behalf of himself and all others similarly situated,

      Plaintiff,

-against-

GAME OVER VIDEOGAMES, INC.,

      Defendant.

1:22-cv-09949 (JLR)

**ORDER**

---

JENNIFER L. ROCHON, United States District Judge:

On November 28, 2023, the Court ordered the parties to meet and confer and, within 45 days of service of the Complaint, submit a joint submission. *See* ECF No. 6. While Plaintiff has not yet filed a certificate of service of the Complaint, Defendant filed a notice of appearance in this action on December 15, 2022 and an answer on January 3, 2023. *See* ECF Nos. 7-8.

Accordingly, the parties shall meet and confer and file the joint submission required by ECF No. 6 no later than **February 10, 2023**.

Additionally, if Plaintiff has served Defendant with the Complaint and summons, Plaintiff shall file a certificate of such service by **February 10, 2023**.

Dated: February 1, 2023
   New York, New York

              SO ORDERED.

              *Jennifer Rochon*
              JENNIFER L. ROCHON
              United States District Judge