UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JOVAN CAMPBELL, *on behalf of himself and
all others similarly situated,*

                              Plaintiff,                        **ORDER**

                                                           **22-CV-9949 (JLR) (JW)**
                          -against-

GAME OVER VIDEOGAMES, INC.,

                              Defendant.
-----------------------------------------------------------------X
**JENNIFER E. WILLIS, United States Magistrate Judge:**

      This action is scheduled for an Initial Case Management Telephone Conference in accordance with Rule 16(b) of the Federal Rules of Civil Procedure on **March 14, 2023** at **10:30 AM**. The Parties were directed to submit a Proposed Case Management Plan a week in advance of the conference. Dkt. No. 13. No such plan was filed. The Parties are directed to comply with their obligations and file a plan by noon on **March 13, 2023**.

      SO ORDERED.

DATED:    New York, New York
                March 9, 2023

                                                              */s/ Jennifer E. Willis*
                                                              JENNIFER E. WILLIS
                                                              United States Magistrate Judge