UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOVAN CAMPBELL, on behalf of himself and all others similarly situated,<br><br>                          Plaintiff,<br><br>-against-<br><br>GAME OVER VIDEOGAMES, INC.,<br><br>                          Defendant. | 1:22-cv-09949 (JLR) (JW)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

Whereas the deadline to complete expert discovery is August 28, 2023.  *See* ECF No. 18.

IT IS HEREBY ORDERED that counsel for all parties shall appear before U.S. District Court Judge Jennifer L. Rochon for a post-discovery conference on **September 21, 2023 at 10 a.m.** in Courtroom 20B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007.  This conference will either serve as a pre-motion conference or will be used to set a trial date and dates for pretrial submissions.

IT IS FURTHER ORDERED that, if any party wishes to move for summary judgment or to exclude expert testimony, it shall, no later than **August 28, 2023**, file a letter as set forth in Section 3(I) of the Court's Individual Rules and Practices in Civil Cases, and any response letter shall be filed no later than **September 7, 2023**.

IT IS FURTHER ORDERED that, no later than **September 14, 2023**, the parties shall file a joint two-page letter updating the Court on the status of the case, including proposed deadlines for pretrial submissions and trial dates.

This Order does not impact any other deadlines and this case remains before Magistrate Judge Willis for General Pretrial Purposes.

Dated: March 15, 2023
       New York, New York

                                                  SO ORDERED.

                                                  *Jennifer Rochon*
                                                  JENNIFER L. ROCHON
                                                  United States District Judge