**LAW OFFICES OF NOLAN KLEIN, P.A.**          ATTORNEYS & COUNSELORS

112 W. 34TH STREET, SUITE 1800
NEW YORK, NY 10120
PH: (646) 560-3230

5550 GLADES ROAD, SUITE 500
BOCA RATON, FL 33431
PH: (954) 745-0588

www.nklegal.com                                                                        Nolan Klein, Esq.
                                                                                       klein@nklegal.com

April 28, 2023

**VIA ECF**

Honorable Judge Jennifer L. Rochon
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

       Re:    **Campbell v. Game Over Videogames, Inc.**
                   **SDNY Case No.: 1:22-cv-09949**

Dear Judge Rochon,

      The parties hereby notify this Court that a settlement has been reached in the above-captioned matter. Counsel for parties are in the process of finalizing settlement, and request thirty (30) days to file a Notice of Dismissal with Prejudice. The parties hereby request that all pending deadlines and/or conferences therefore be adjourned *sine die*.

                                                                          Respectfully Submitted,

                                                                            **Law Offices of Nolan Klein, P.A.**

                                                                            By:  /s/ Nolan Klein
                                                                                    NOLAN K. KLEIN
                                                                                    (NK4223)

NKK/amd
cc:  Mars Khaimov, Esq. (via ECF)